UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-CR-20079-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAISHA KELLY,

    Defendant.
_____/

## VERDICT

We, the Jury in the above-captioned case, unanimously find:

As to **Count 1** (Conspiracy to Commit Wire Fraud, from March 2021 through December 30, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____     GUILTY ✓

As to **Count 2** (Wire Fraud – March 28, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____     GUILTY ✓

As to **Count 3** (Wire Fraud – March 31, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____     GUILTY ✓

As to **Count 4** (Wire Fraud – April 5, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____     GUILTY ✓

As to **Count 5** (Wire Fraud – April 10, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 6** (Wire Fraud – April 12, 2021; Pictures of Widney Thibaud), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 7** (Wire Fraud – April 12, 2021; Pictures of Tarrance Lightbourn), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 8** (Wire Fraud – April 12, 2021; Pictures of Ricky Norwood), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 9** (Wire Fraud – April 13, 2021; Pictures of Cortira Gray), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 10** (Wire Fraud – April 13, 2021; Pictures of Individual 2), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 11** (Wire Fraud – April 14, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY \_\_\_\_\_        GUILTY __✓__

As to **Count 12** (Wire Fraud – April 15, 2021; Pictures of Ann Gilcrest), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____          GUILTY __✓__

As to **Count 13** (Wire Fraud – April 17, 2021; Pictures of Racquel Marks), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____          GUILTY __✓__

As to **Count 14** (Wire Fraud – May 3, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____          GUILTY __✓__

As to **Count 15** (Wire Fraud – May 12, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____          GUILTY __✓__

As to **Count 16** (Wire Fraud – May 28, 2021), we find Defendant **RAISHA KELLY**:

NOT GUILTY _____          GUILTY __✓__

**SO SAY WE ALL**

_[signature]_

**FOREPERSON OF THE JURY – SIGNATURE**

_[redacted]_

**FOREPERSON OF THE JURY – PRINT NAME**

Dated: __2/13/2025__